

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Evone PURCELL, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2007–3035.

United States Court of Appeals, Federal Circuit.

April 10, 2007.

## ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Rosa EDMONDS, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 2007–3083.

United States Court of Appeals, Federal Circuit.

April 10, 2007.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Lee R. LEATHERBERRY, Jr., Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7118.

United States Court of Appeals, Federal Circuit.

April 11, 2007.

Lee R. Leatherberry, Jr., pro se.